PFE/DAB Sept. 2022
GJ#27

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

# NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) **UNDER SEAL** |
| TABITHA ANN BOLEY | ) |

## INDICTMENT

**COUNT ONE: [18 U.S.C. §§ 922(a)(6) and 924(a)(2)]**

The Grand Jury charges that:

On or about the 23rd day of June 2021, in Madison County, within the Northern District of Alabama, the defendant,

**TABITHA ANN BOLEY,**

in connection with the attempted acquisition of a firearm, that is, a Springfield Armory Hellcat 9mm pistol, from Academy Sports #265, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to an employee of Academy Sports, which statement was intended to and likely to deceive said employee as to a fact material to the lawfulness of such sale of the said firearm to defendant BOLEY

under Chapter 44 of Title 18, in that BOLEY did execute a Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearm Transaction Record, to the effect that she was the actual buyer of the firearm indicated on Form 4473, when in fact as defendant BOLEY then knew, she was not the actual buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney

*/s/ Electronic Signature*
DAVIS A. BARLOW
Assistant United States Attorney